**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TERRY E. WASHINGTON, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:11-CV-777 CAS |
| | ) | |
| JEFF NORMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on state prisoner Terry E. Washington's action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge Noelle C. Collins for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On July 30, 2014, Judge Collins filed a Report and Recommendation of United States Magistrate Judge that recommended Washington's petition for writ of habeas corpus be denied. The Magistrate Judge concluded that petitioner's Grounds 1, 2 and 4 are procedurally defaulted, and that Ground 3 is without merit. No objections were filed to the Magistrate Judge's Report and Recommendation within the time permitted.

After careful review of the record, the Court concurs in the recommendation of the Magistrate Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 11]

**IT IS FURTHER ORDERED** that Terry E. Washington, Jr.'s Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**.  [Doc. 1]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  26th  day of August, 2014.